IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| STEPHEN ERIC COOLEY, Individually and as duly appointed Personal Representative of the Estate of SUZETTE SANN COOLEY,<br><br>                Plaintiff,<br>v.<br><br>EARLY TRUCKING COMPANY and ETC INDEPENDENT CONTRACTORS, INC.,<br><br>                Defendants. | *<br><br>*<br>  Case No. : 1:23-CV-229 (LAG)<br>*<br><br>*<br><br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 31, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 31st day of March, 2025.

                                                    David W. Bunt, Clerk

                                                    s/ Michelle Paschal, Deputy Clerk